ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
ANN M. BLESSING (State Bar No. 172573)
D. KEVIN SHIPP (State Bar No. 245947)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
rgoodman@rjo.com

Attorneys for Defendants
CHEVRON U.S.A. INC. and
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON U.S.A. INC., CHEVRON CORPORATION, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 4:09-cv-00669-CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL DISCLOSURE AND CASE MANAGEMENT CONFERENCE DATES; DECLARATION OF ROBERT C. GOODMAN IN SUPPORT THEREOF** |

### DECLARATION OF ROBERT C. GOODMAN

1. I am a shareholder at the law firm of Rogers Joseph O'Donnell, attorneys for Defendants Chevron U.S.A. Inc. and Chevron Corporation. I know the following facts on my own personal knowledge and if called upon could and would competently testify thereto.

2. This action was filed on February 13, 2009 and Defendants answered the complaint on May 7, 2009. A Case Management Conference ("CMC") has been set for June 23, 2009. The last day to complete initial disclosures is currently set for June 15, 2009.

3. On June 1, 2009, Counsel for the parties telephonically met and conferred pursuant to FRCP Rule 26(f) and Local Rule 16-9. The parties have initiated

preliminary discussions concerning the allegations in the Complaint and are currently finalizing plans for a meeting between the parties and their respective technical consultants concerning the site history and remediation plans. The parties believe that this meeting should result in the elimination, or narrowing, of some of the issues in dispute. Accordingly, the parties believe a brief continuance of the Case Management Conference, and the other deadlines tied to the Case Management Conference date, is appropriate so that the parties can focus their attention on the upcoming meeting.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of June 2009 in San Francisco, California.

/s/ Robert C. Goodman
Robert C. Goodman

IT IS HEREBY STIPULATED by and between counsel for plaintiff and defendants as follows:

(a) That the Case Management Conference scheduled for June 23, 2009 be continued to August 25, 2009 at 2:00 p.m.; and

(b) That the last day to complete initial disclosures and file a CMC statement be continued to August 18, 2009.

Dated: June 3, 2009             ROGERS JOSEPH O'DONNELL


                                By:  /s/ Robert C. Goodman
                                     ROBERT C. GOODMAN

                                Attorneys for Defendants
                                CHEVRON U.S.A. INC. and
                                CHEVRON CORPORATION

Dated: June 3, 2009             LAW OFFICE OF JACK SILVER


                                By:  /s/ Jack Silver
                                     JACK SILVER

                                Attorneys for Plaintiff
                                NORTHERN CALIFORNIA RIVER WATCH

1  PURSUANT TO STIPULATION IT IS HEREBY ORDERED:

2      (a) That the Case Management Conference scheduled for June 23, 2009 be
3  continued to August 25, 2009 at 2:00 p.m.; and
4      (b) That the last day to complete initial disclosures and file a CMC
5  statement be continued to August 18, 2009.

Dated: June 10, 2009



CLAUDIA WILKEN
United States District Court Judge