| | |
|---|---|
| 1 | ROGERS JOSEPH O'DONNELL |
| 2 | ROBERT C. GOODMAN (State Bar No. 111554)<br>ANN M. BLESSING (State Bar No. 172573) |
| 3 | D. KEVIN SHIPP (State Bar No. 245947)<br>311 California Street |
| 4 | San Francisco, California 94104<br>Telephone:  415.956.2828 |
| 5 | Facsimile:   415.956.6457<br>*rgoodman@rjo.com* |
| 6 | Attorneys for Defendants |
| 7 | CHEVRON U.S.A. INC. and<br>CHEVRON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON U.S.A. INC., CHEVRON CORPORATION, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 4:09-cv-00669-CW<br><br>**SECOND JOINT STIPULATION AND ORDER TO CONTINUE INITIAL DISCLOSURE AND CASE MANAGEMENT CONFERENCE DATES; DECLARATION OF ROBERT C. GOODMAN IN SUPPORT THEREOF**<br><br>**AS MODIFIED** |

### DECLARATION OF ROBERT C. GOODMAN

1.  I am a shareholder at the law firm of Rogers Joseph O'Donnell, attorneys for Defendants Chevron U.S.A. Inc. and Chevron Corporation.  I know the following facts on my own personal knowledge and if called upon could and would competently testify thereto.

2.  This action was filed on February 13, 2009 and Defendants answered the complaint on May 7, 2009.  A Case Management Conference ("CMC") was originally set for June 23, 2009.

3.  On June 3, 2009, Counsel for the parties submitted a Joint Stipulation and [Proposed] Order to Continue Initial Disclosure and Case Management Conference

Dates. The Court signed the Order on June 10, 2009, continuing the Case Management Conference to August 25, 2009, at 2:00 p.m., and setting the last date for completing initial disclosures to August 18, 2009. The deadline for completing an ADR session with a private mediator is October 5, 2009.

4. On July 13, 2009, the parties, counsel and their respective technical consultants met in person to discuss the site that is the subject of the litigation and various technical issues relating to its assessment and remediation in an effort to narrow the issues in dispute and to resolve the litigation. The parties have since exchanged detailed letters on outstanding technical issues, and will have further discussions to determine whether it is possible to resolve this action.

5. The parties believe an additional brief continuance of the Case Management Conference, and the other deadlines tied to the Case Management Conference date, is appropriate so that the parties can focus their attention on resolving this matter.

6. The parties are not seeking an extension of the Court's October 5, 2009, deadline for commencing a Private ADR session, and intend to meet that deadline.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of August 2009 in San Francisco, California.

*/s/ Robert C. Goodman*
Robert C. Goodman

IT IS HEREBY STIPULATED by and between counsel for plaintiff and defendants as follows:

(a) That the Case Management Conference scheduled for August 25, 2009 be continued to November 3, 2009 at 2:00 p.m.; and

(b) That the last day to complete initial disclosures and file a CMC statement be continued to October 27, 2009.

Dated:  August 14, 2009         ROGERS JOSEPH O'DONNELL

By: /s/ Robert C. Goodman
ROBERT C. GOODMAN

Attorneys for Defendants
CHEVRON U.S.A. INC. and
CHEVRON CORPORATION

Dated:  August 14, 2009         LAW OFFICE OF JACK SILVER

By: /s/ Jack Silver
JACK SILVER

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

PURSUANT TO STIPULATION IT IS HEREBY ORDERED AS MODIFIED:

(a) That the Case Management Conference scheduled for August 25, 2009 be continued to **November 17, 2009 at 2:00 p.m**.; and

(b) That the last day to complete initial disclosures and file a CMC statement be continued to October 27, 2009.

Dated:  August _14_, 2009
_____
CLAUDIA WILKEN
United States District Court Judge