Jack Silver, Esq. SBN 160575
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675
*lhm28843@sbcglobal.net*

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN, SBN 111554
ANN M. BLESSING, SBN 172573
D. KEVIN SHIPP, SBN 245947
311 California Street
San Francisco, CA 94104
Tel. (415) 956-2828
Fax. (415) 956-6427
*rgoodman@rjo.com*

Attorneys for Defendants
CHEVRON U.S.A.,.INC. and
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON U.S.A., INC., et al<br><br>Defendants.<br>_____ / | CASE NO. 3:09-cv-00669 CW<br><br>**STIPULATION FOR EXTENSION OF DEADLINE FOR CONDUCTING MEDIATION [PROPOSED] ORDER**<br><br>(Case Mgmt Conf. - November 17, 2009) |

WHEREAS this Court by Order dated June 4, 2009 (Court Doc. # 20), has set a deadline for the holding of the private ADR session in this matter for October 5, 2009; and,

3:09-cv-00669 CW
Stipulation For Extension of Deadline For
Conducting Mediation and [Proposed] Order         1

WHEREAS, the parties have agreed to utilize the services of William L. Nagle, Special Master/Mediator to mediate these proceedings, and have conferred with each other through their counsel and with Mr. Nagle to obtain a mediation date on or before October 5, 2009; and;

WHEREAS, the soonest Mediation date available for all concerned parties is Wednesday, November 11, 2009 at 9:30 a.m., and Mediation has been scheduled for that date and time,

WHEREFORE, the parties stipulate to an extension of the Court's deadline for the private ADR session from October 5, 2009 to November 11, 2009.

Dated:   September 10, 2009        /s/ Jack Silver
                                   JACK SILVER
                                   Attorney for Plaintiff
                                   NORTHERN CALIFORNIA RIVER WATCH

Dated: September 10, 2009          /s/ Robert C. Goodman
                                   ROBERT C. GOODMAN
                                   Attorney for Defendants
                                   CHEVRON U.S.A. INC., and
                                   CHEVRON CORPORATION.

## [PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing, it is hereby

**ORDERED**, that the time within which the parties shall hold private mediation is extended up to and including November, 11, 2009.

Dated:  9/14/09
                                   _____
                                   HON. CLAUDIA WILKIN
                                   UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Claudia Wilken