ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
*rgoodman@rjo.com*
ANN M. BLESSING (State Bar No. 172573)
*ablessing@rjo.com*
D. KEVIN SHIPP (State Bar No. 245947)
*kshipp@rjo.com*
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendants
CHEVRON U.S.A. INC. and
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON U.S.A. INC., CHEVRON CORPORATION, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 4:09-cv-00669-CW<br><br>**THIRD JOINT STIPULATION AND ORDER TO CONTINUE INITIAL DISCLOSURE AND CASE MANAGEMENT CONFERENCE DATES; SECOND JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE FOR CONDUCTING PRIVATE ADR; DECLARATION OF ROBERT C. GOODMAN IN SUPPORT THEREOF** |

## DECLARATION OF ROBERT C. GOODMAN

1.  I am a shareholder at the law firm of Rogers Joseph O'Donnell, attorneys for Defendants Chevron U.S.A. Inc. and Chevron Corporation.  I know the following facts on my own personal knowledge and if called upon could and would competently testify thereto.

2.  This action was filed on February 13, 2009 and Defendants answered the complaint on May 7, 2009.  A Case Management Conference ("CMC") was originally set

for June 23, 2009.

3. On June 3, 2009, Counsel for the parties submitted a Joint Stipulation and [Proposed] Order to Continue Initial Disclosure and Case Management Conference Dates. The Court signed the Order on June 10, 2009, continuing the Case Management Conference to August 25, 2009, at 2:00 p.m., and setting the last date for completing initial disclosures to August 18, 2009.

4. On August 14, 2009, Counsel for the parties submitted a Second Joint Stipulation and [Proposed] Order to Continue Initial Disclosure and Case Management Conference Dates. The Court signed the Order on August 14, 2009, continuing the Case Management Conference to November 17, 2009 at 2:00 p.m., and setting the last for completing initial disclosures to October 27, 2009.

5. On June 2, 2009, Counsel for the parties submitted a Stipulation and [Proposed] Order Selecting ADR Process. The Court signed the Order on June 4, 2009, setting the deadline for completing a Private ADR session for October 5, 2009.

6. On September 10, 2009, Counsel for the parties submitted a Stipulation for Extension of Deadline for Conducting Mediation [Proposed] Order. The Court signed the Order on September 15, 2009, setting the deadline for completing a Private ADR session for November 11, 2009.

7. The parties immediately thereafter scheduled a Private ADR session with William L. Nagle for November 11, 2009 at 9:30 a.m., the earliest date on which the mediator and all parties were available. Due to scheduling issues, it is not possible to commence mediation on November 11, and the parties, and mediator, have agreed to delay the mediation by one (1) week, and commence mediation on November 18, 2009.

8. The parties believe an additional brief continuance of the Case Management Conference, and the other deadlines tied to the Case Management Conference date, is appropriate so that the parties can focus their attention on resolving this matter.

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed this 4th day of November 2009 in San Francisco, California.

3

4              */s/ Robert C. Goodman*
               Robert C. Goodman

5    IT IS HEREBY STIPULATED by and between counsel for plaintiff and

6    defendants as follows:

7         (a)   That the Case Management Conference scheduled for November 17,

8    2009 be continued to December 15, 2009 at 2:00 p.m.;

9         (b)   That the last day to complete initial disclosures and file a CMC

10   statement be continued to December 8, 2009; and

11        (c)   That the deadline for completing a Private ADR session be extended to

12   November 18, 2009.

13   Dated: November 4, 2009            ROGERS JOSEPH O'DONNELL

14

15                                      By:  */s/ Robert C. Goodman*
                                             ROBERT C. GOODMAN
16

17                                      Attorneys for Defendants
                                        CHEVRON U.S.A. INC. and
18                                      CHEVRON CORPORATION

19   Dated: November 4, 2009            LAW OFFICE OF JACK SILVER

20

21                                      By:  */s/ Jack Silver*
                                             JACK SILVER
22
                                        Attorneys for Plaintiff
23                                      NORTHERN CALIFORNIA RIVER WATCH

24   PURSUANT TO STIPULATION IT IS HEREBY ORDERED:

25        (a)   That the Case Management Conference scheduled for November 17,

26   2009 be continued to December 15, 2009 at 2:00 p.m.;

27        (b)   That the last day to complete initial disclosures and file a CMC

28   statement be continued to December 8, 2009; and

1          (c)    That the deadline for completing a Private ADR session be extended to

2  November 18, 2009.

3  

4  Dated: November _5_, 2009

                                      HONORABLE CLAUDIA WILKEN
                                      United States District Court Judge