ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
*rgoodman@rjo.com*
ANN M. BLESSING (State Bar No. 172573)
*ablessing@rjo.com*
D. KEVIN SHIPP (State Bar No. 245947)
*kshipp@rjo.com*
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendants
CHEVRON U.S.A. INC. and
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON U.S.A. INC., CHEVRON CORPORATION, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 4:09-cv-00669-CW<br><br>**FOURTH JOINT STIPULATION AND ORDER TO CONTINUE INITIAL DISCLOSURE AND CASE MANAGEMENT CONFERENCE DATES; DECLARATION OF ROBERT C. GOODMAN IN SUPPORT THEREOF** |

### DECLARATION OF ROBERT C. GOODMAN

1.   I am a shareholder at the law firm of Rogers Joseph O'Donnell, attorneys for Defendants Chevron U.S.A. Inc. and Chevron Corporation. I know the following facts on my own personal knowledge and if called upon could and would competently testify thereto.

2.   This action was filed on February 13, 2009 and Defendants answered the complaint on May 7, 2009. A Case Management Conference ("CMC") was originally set for June 23, 2009.

3. On June 3, 2009, Counsel for the parties submitted a Joint Stipulation and [Proposed] Order to Continue Initial Disclosure and Case Management Conference Dates. The Court signed the Order on June 10, 2009, continuing the Case Management Conference to August 25, 2009, at 2:00 p.m., and setting the last date for completing initial disclosures to August 18, 2009.

4. On August 14, 2009, Counsel for the parties submitted a Second Joint Stipulation and [Proposed] Order to Continue Initial Disclosure and Case Management Conference Dates. The Court signed the Order on August 14, 2009, continuing the Case Management Conference to November 17, 2009 at 2:00 p.m., and setting the last for completing initial disclosures to October 27, 2009.

5. On June 2, 2009, Counsel for the parties submitted a Stipulation and [Proposed] Order Selecting ADR Process. The Court signed the Order on June 4, 2009, setting the deadline for completing a Private ADR session for October 5, 2009.

6. On September 10, 2009, Counsel for the parties submitted a Stipulation for Extension of Deadline for Conducting Mediation [Proposed] Order. The Court signed the Order on September 15, 2009, setting the deadline for completing a Private ADR session for November 11, 2009.

7. The parties immediately thereafter scheduled a Private ADR session with William L. Nagle for November 11, 2009 at 9:30 a.m., the earliest date on which the mediator and all parties were available. Due to scheduling issues, it is not possible to commence mediation on November 11, and the parties, and mediator, have agreed to delay the mediation by one (1) week, and commence mediation on November 18, 2009.

8. On November 4, 2009, Counsel for the parties submitted a Third Joint Stipulation and [Proposed] Order to Continue Initial Disclosure and Case Management Conference Dates and Second Joint Stipulation and [Proposed] Order for Extension of Deadline for Conducting Private ADR. The Court signed the Order on November 5, 2009, setting the deadline for completing a Private ADR session for November 18, 2009, setting the deadline for completion of Initial Disclosures for December 8, 2009, and setting the Initial

1  Case Management Conference for December 15, 2009.

2      9. On November 18, 2009, the parties participated in a mediation session with the private mediator, William Nagle. The parties believe that they made progress during the mediation and have scheduled a further mediation session for December 10, 2009.

    10. Counsel for Defendant has received a jury summons from the San Francisco Superior Court which requires that he be available for jury service beginning December 14, 2009, and he is subject to being called for jury service any day during that week. The Case Management Conference is currently set for December 15, 2009.

    11. Due to counsel's potential unavailability due to jury service, and the fact that the parties have scheduled a further mediation session for December 10, 2009, the parties believe an additional brief continuance of the Case Management Conference, and the other deadlines tied to the Case Management Conference date, is appropriate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of November 2009 in San Francisco, California.

                                                         */s/ Robert C. Goodman*
                                                         Robert C. Goodman

IT IS HEREBY STIPULATED by and between counsel for plaintiff and defendants as follows:

    (a) That the Case Management Conference scheduled for December 15, 2009 be continued to April 6, 2010 at 2:00 p.m.; and

    (b) That the last day to complete initial disclosures and file a CMC statement be continued to March 30, 2010.

Dated: November 25, 2009                       ROGERS JOSEPH O'DONNELL

                                                  By:  */s/ Robert C. Goodman*
                                                            ROBERT C. GOODMAN

                                                  Attorneys for Defendants
                                                  CHEVRON U.S.A. INC. and
                                                  CHEVRON CORPORATION

| | |
|---|---|
| Dated: November 25, 2009 | LAW OFFICE OF JACK SILVER |
| | |
| | By: /s/ *Jack Silver* |
| | JACK SILVER |
| | |
| | Attorneys for Plaintiff |
| | NORTHERN CALIFORNIA RIVER WATCH |

PURSUANT TO STIPULATION IT IS HEREBY ORDERED:

(a) That the Case Management Conference scheduled for December 15, 2009 is continued to April 6, 2010 at 2:00 p.m.; and

(b) That the last day to complete initial disclosures and file a CMC statement is continued to March 30, 2010.

Dated: December _10_, 2009

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge