Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN, SBN 111554
ANN M. BLESSING, SBN 172573
D. KEVIN SHIPP, SBN 245947
311 California Street
San Francisco, CA 94104
Tel. (415) 956-2828
Fax. (415) 956-6427
rgoodman@rjo.com

Attorneys for Defendants
CHEVRON U.S.A. INC. and
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>CHEVRON U.S.A.INC., CHEVRON CORPORATION, and DOES 1 - 10, Inclusive<br><br>            Defendants. | CASE NO.:   4:09-cv-00669 CW<br><br>**STIPULATION RE MODIFICATION OF CASE MANAGEMENT ORDER; ORDER**<br>**[L.R. 6-2]**<br><br>Case Mgmt Conf.    September 22, 2011 |

   This Stipulation by and between the parties to the above-named action is requesting a modification of the Court's Minute Order and Case Management Order of April 6, 2010, (Court Doc # 31).

   WHEREAS, this action is a complaint for injunctive relief, civil penalties and restitution

brought against Chevron U.S.A. Inc. and Chevron Corporation for current and ongoing violations of the Clean Water Act ( 33 U.S.C. § 1251 et seq.) and the Resources Conservation and Recovery Act (42 U.S.C. § 6901 et seq.)  The action was filed on February 13, 2009; and

WHEREAS, following the filing of the Complaint, Plaintiff alleges that it discovered three additional sites which Plaintiff believes are continuing to violate provisions of  RCRA; and,

WHEREAS, on or about April 5, 2010, Plaintiff served a 90-day Notice of Violations under RCRA upon Defendants Chevron U.S.A. Inc. and Chevron Corporation, as well as their counsel of record, alleging RCRA violations at these additional sites; and,

WHEREAS, before Plaintiff can initiate proceedings against Defendants as to these additional three sites,  Plaintiff is required to observe the jurisdictional notice period and requirement to wait at least 90 days, until approximately July 5, 2010; and,

WHEREAS, Plaintiff believes it to be a more efficient and considerate use of judicial time and resources to extend the deadline for adding additional parties and claims to the existing complaint; and,

WHEREAS, Defendants do not object the modification to the Case Management Order that Plaintiff has requested, although by this Stipulation Defendants are not consenting to the addition of parties or claims and will meet and confer with Plaintiff on that issue as the Court instructed at the Initial Case Management Conference;

WHEREFORE,  the parties stipulate and request that this Court modify the current Case Management Order by extending the deadline to add additional parties or claims to July 15, 2010.

Dated: June 22, 2010           */s/ Robert C. Goodman*
   ROBERT C. GOODMAN
Attorney for Defendants
CHEVRON U.S.A. INC. and
CHEVRON CORPORATION

In addition to stipulating to the above, I, Jack Silver, attest that concurrence in the filing

of this Stipulation has been obtained from the other signatory to this document.

Dated: June 22, 2010            /s/ Jack Silver
                                JACK SILVER
                                Attorney for Plaintiff
                                NORTHERN CALIFORNIA RIVER WATCH

**ORDER**

PER STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, the request for modification of the Case Management Order is GRANTED.

The Case Management Order is modified as follows:

Deadline to add additional parties or claims shall be July 15, 2010.

Dated: **6/23/2010**              _____
                                  CLAUDIA WILKIN
                                  UNITED STATES DISTRICT JUDGE