Jack Silver, Esq. SBN  #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.  (707) 528-8175
Fax.  (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH


ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN, SBN 111554
ANN  M. BLESSING, SBN 172573
D. KEVIN SHIPP, SBN 245947
311 California Street
San Francisco, CA 94104
Tel. (415) 956-2828
Fax. (415) 956-6427
rgoodman@rjo.com

Attorneys for Defendants
CHEVRON U.S.A. INC. and
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>              Plaintiff,<br>     v.<br><br>CHEVRON U.S.A. INC., CHEVRON CORPORATION, and DOES 1 - 10, Inclusive,<br><br>              Defendants | CASE NO.: 4:09-cv-00669 CW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br>**[FRCP 41(a)(1)(ii)]** |

IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH and defendants, CHEVRON U.S.A. INC. and CHEVRON CORPORATION by and through their counsel of record, that this matter may be dismissed with prejudice, each party hereto waiving its right to recover costs and attorney's fees.

This Stipulation may be executed in several counterparts, all of said counterparts shall constitute one original.

DATED: September 8, 2010         */s/ Jack Silver*
                                 JACK SILVER
                                 Attorney for Plaintiff
                                 NORTHERN CALIFORNIA RIVER WATCH

DATED: September 8, 2010         */s/ Robert C. Goodman*
                                 ROBERT C. GOODMAN
                                 Attorney for Defendants
                                 CHEVRON U.S.A. INC.
                                 CHEVRON CORPORATION

## **ORDER**

Good cause appearing, and the parties having stipulated and agreed,

**IT IS SO ORDERED** that this matter is hereby dismissed with prejudice.

DATED: 9/13/2010                 _____
                                 CLAUDIA WILKEN
                                 UNITED STATES DISTRICT JUDGE